**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 840 MAL 2014
                                     :
            Respondent       :
                                       : Petition for Allowance of Appeal from the
                                       : Order of the Superior Court
          v.                       :
                                       :
                                       :
ANTHONY BRIGHTWELL,            :
                                       :
            Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.